PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

FILED
NOV 2 6 2007
NOV 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** JEFFREY RODNEY BERRY

**Defendant(s):** JAMES B. ZAGAL

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Jeffrey Rodney Berry
#55223-019
Metropolitan - MCC
71 West Van Buren Street
Chicago, IL 60605

**Defendant's Attorney:**
United States Attorney's Office
219 South Dearborn Street
Chicago, IL 60605

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:
Defendant:

07CV6640
JUDGE COAR
MAGISTRATE JUDGE KEYS

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 28:1331b

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** M. Burke   **Date:** 11/26/07