United States District Court
Northern District of Illinois
Eastern Division

Jeffrey R. Berry                          Plaintiff

**F I L E D**

NOV 26 2007 MB

v.        NOV 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James B. Zagal                            Defendant

Now Comes Jeffrey Berry, Plaintiff and hereby petitions this honorable court to indict James B. Zagal of Civil Rights Violations Pursuant to Title 42 U.S.C. 1981 and 42 U.S.C. 1982.

On November 6, 2007, Judge James B. Zagal, in case 03-CR-961, where the Civil Rights Violations occured, gave the Plaintiff, Jeffrey Berry permission to proceed in forme Pauperis.

Respectfully Submitted,

07CV6640
JUDGE COAR
MAGISTRATE JUDGE KEYS

Jeffrey Berry 55223-019
Metropolitan Correctional Center
71 West Vanburen Street
Chicago, Illinois 60605