AE

United States District Court
Northern District of Illinois
Eastern Division

Jeffrey Rodney Berry                    Plaintiff

v.

**FILED**
Nov 26 2007 MB
NOV 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James B. Zagal                          Defendant

NOW COMES JEFFREY RODNEY BERRY, Plaintiff and hereby Petitions this honorable judicial body to investigate, prosecute and indict James B. Zagal for violation of the Petitioner's civil rights, peonage and leadership in a criminal enterprise.

I swear, the following information is true, and documented in cases: 98-GJ-1400, U.S.A. v. Jeffrey Berry
99-cv-7555, Jeffrey Berry v. Citibank
03-CR-961, U.S.A. v. Jeffrey Berry, and
07-cv-1612, Jeffrey Berry v. U.S.A. and Judge Zagal.

Respectfully Submitted
Jeffrey Berry 55223-019
71 West Van Buren Street
Chicago, Illinois 60605

07CV6640
JUDGE COAR
MAGISTRATE JUDGE KEYS