CH

Please accept these two new DEC 18 2007 for "Discovery".

FILED
Dec 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07C6640

I am in OKLAHOMA and do not know my destination or schedule.

This paper and pencil are all that is available to me and I need a lawyer who can represent me. My issues cover local and international matters. Northwestern lawyers and students would be preferred due to the content and for security.

God Bless,