CH

District Court of the United States
Northern District of Illinois
Eastern Division

FILED
DEC 18 2007
Dec 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jeffrey Berry )  07-C-6640
        v. ) Hon. Judge COAR
James Zagel )


MOTION FOR DISCOVERY


Now COMES, JEFFREY BERRY,
Plaintiff, In PETITION to this honoreble
court request the transcripts, motions
and documents that will expose
"Why" James Zagel has violated
the Plaintiff's civil rights, constitunel
rights and human rights.

(1)

- 2 -

The Plaintiff declares, the defendant intentionally violated and continues to do so, the rights of the Plaintiff to conceal, and suppress the truthful facts that are documented in the following cases:

- 3 -

98-GJ-1400, U.S.A. v. Jeffrey Berry was initiated to suppress the facts that the Plaintiff frequently went to Europe to learn the technics of underwriting from the largest Insurance companies, Foundations and Trusts in the World. The facts were provided to the government

(2)

government, that the Plaintiff
contracted with Euler Hermes,
Templeton Insurance, College Hill
Underwriters, Sabre, and Trusts
that utilize these AAA rated
insurance companies.

- 4 -

The Plaintiff declares, the
government, presented a Fraudulent
case to a "Special Grand Jury" on
July 22, 2003, to prevent the
Plaintiff from exposing stolen
underwriting Bank Guarentees
from the United States Treasury,
through Citibank in the name of
Jeffrey Berry, passport U.S.A.
111601585. After five years, case
98-GS-1400 closed August 7, 2003.

(3)

The Plaintiff can show, the government, in retaliation for the Plaintiff presenting a (25) page summary of case 99 cv 7555, Jeffrey Berry v. Citibank, (7th Cir.) intentionally manufactured another attempt to present fraudulent and false evidence to a second "Special Grand Jury". The second Jury did not sign the indictment and at times laughed at the government's presentation. The invalid indictment was issued "Sealed" for that reason. No foreman's signature and issued in violation of Article V of the United States Constitution.

-6-

The Plaintiff can show,

(4)

case 99cv-7555, Jeffrey Berry
v. Citibank, exposes the transfer
of (4) four Bank Guarantees that
originate from Treasury Account
912810BU1. The Government and
James B. Zagel, in concert, conspire
to violate the plaintiff's civil and
constitutional rights to contract on
the same bases as White Citizens,
in violation of Title 42 U.S.C. 1981
and 42 U.S.C. 1982.

-7-

The Plaintiff can show,
James B. Zagal confirms, he is
a Racist, based on his belief in
the German races innate Superiority
and antagonism towards members
of Different races based on his

(5)

personal belief. (April 16, 2004)

-8-

The Plaintiff can show,
James B. Zagel confirms he is,
Prejudice, and bias as he decided
before hand who the Plaintiff was
based on his race, presented to him
harm, and violated the Plaintiff's
Civil rights, constitutional rights and
human rights as a rusult of his
actions and judgments.

-9-

The Plaintiff can show,
James B. Zagel's foundation for
his racial views in life stem from
the German Natonel Socielist Party,
in which his posture stems from the
secret codes of (SS), which

(6)

Stands for Schutzstaffel, or "Blackshirt". This secret German entity was responsible for the German Elite, who carried out the bombing of 815 shops, 29 warehouses, 171 homes, 191 Synagogues and 76 buildings belonging to the Jewish population. The murder of the Jewish people were the reason for this Act of Violence and continued until the Western World and Russia forced them to surrender on May 7, 1945.

-10-

The Plaintiff can show, the words used to send his own African American clerk "FETCH," to retrieve papers and his own

(7)

posture to State, African Americans don't have the "where with all" to be "Significant" in any multi-million dollar transactions is harmful and detrimental.

-11-

The Plaintiff can show, the African people, since 1619, when the Dutch Ship brought the first (20) Slaves to the English Colony of Virginia, had the "where with all" and were "Significant" enough to assist in the Civil War, which freed over (4) million Slaves out of an estimated (15) million brought to America to build this Country.

-12-

The Plaintiff can show,

(8)

a African Haitian, named Jean
Baptist Point Du Sable founded
a Settlement in 1772 called
Eschikagou on the North Bank
of the Chicago River. Although,
he was not recognized until 1968,"
due to "oppression", he was very
"Significant" to Chicago, long
before the first German set foot
in Chicago.

-13-

The Plaintiff contends, race
does not determine the capacity
of a person, ethnic group or gender.
Racism is wrong, and James B.
Zagel should be charged based
on his own admissions, actions,
schemes and in a leadership role.

(A)

The Plaintiff contends, in case; 07-C-1612, Jeffrey Berry v. U.S.A. and James B. Zagal in a Federal Contract dispute, was to be discussed for Settlement. But, upon request for "Discovery", the entire case was changed. Judge Joan B. Gottschall, joined in on the conspiracy to conceal, suppress and extend the criminal enterprise. The case is now up for Appeal.

-15-

The Plaintiff can show, the Appeals court, accepted the Appeal, until the motion for "Discovery" was presented, Aware of the criminal enterprise, states, the Appeal was made in "bad faith". But,

(10)

did not identify what "Bad
Faith" was. It is still open as
of December 5, 2007, thank God!

·16·

The Plaintiff can show, over
(7) motions were presented in case
03-cR-961, totally illegal, but in
favor of James B. Zagels conspiracy
to conceal, suppress and mutilate by
any means necessary. All motions
were denied, on there face.

·17·

The Plaintiff can show, James
B. Zagel operates totally outside
of his oath to office and the
United States Constitution to violate
the Plaintiff's civil, constitutional
and human rights. His intentional

(11)

illegal and malicious actions are
what Judge Gottschall and two
of the Appeals Court Judges are
trying to conceal. The Honorable
Judge Rovner realizes the criminal
elements stemming from the group
of criminals and headed by James
Zagel, and granted me a Stay, or
dismiss without prejudice. (Until
I can Get a Lawyer)

— 18 —

The Plaintiff can show, the
past (3) appointed lawyers, feared
to present the truth to Judge Zagel.
All three stated the exact same thing,
"He won't accept your evidence". Why,
because it is the truth. Something
James B. Zagel cannot accept

(12)

from a person of my ethnic
background.

-19-

The Plaintff Prays, this
Honoreble Court, Judge CDAK is
not coerced to conspire along
with the criminal enterprise.

-20-

The Plaintiff can show, the
collusion, under the leadership of
James Zagal to torture, Jail,
punish, harm and destroy his
family has been enormously
troublesome and conducted in a
malicious and arrogant manner
by James Zagal, and his
accomplices. They all should be
held accountable to the Law.

(13)

THe Plaintiff Prays, that the entire files and dockets of the following cases can be and will be ordered as "Discovery", as the entire case files will expose the extent of criminal activity conducted and created to silence, conceal, suppress and torture the Plaintiff, even Murder.

-22-

THe Plaintiff Prays, case: 98-GJ-1400 - "Grand Jury" evidence, the (25) pages call and will be called in Discovery, July 22, 2003, by the Plaintiff, and the entire file.

-23-

THe Plaintiff Prays, case: 99-CV-7555-, the entire docket

(14)

and the Appeals docket with
all the motions are called in the
discovery. Please request the
affidavit of Jeffrey Berry.

- 24 -

   The Plaintiff Prays, the
entire case, 03-CR-961, all motions
denied, all transcripts and the
trial transcripts are requested as
well as the (PSI), and Appeals
to show the extent that the plans
to silence the Plaintiff and defy
his constitutional rights, into the
Kankakee County Jail and (mcc)
Chicago.

- 25 -

   The Plaintiff Prays, Appeal
# 07-3243 will be requested

(15)

along with the "Discovery" as
the "Discovery" contains criminal
activity in which James B, Zagel
should be charged and convicted.

-26-

The Plaintiff Prays, case:
07-1612 is requested, to show
a Federal Contract, signed by the
Director of New York Federal
Traders, Nicholas Attick and
Jeffrey Berry, Plaintiff, Drafted
by Gerald Shaw Esq, of New
Port Beach, California.

-27-

The Plaintiff Prays, the
Appeal from case 07-1612 is
requested to establish the pattern
of corruption and extent of

(16)

illegal activity concealed to suppress a "Racketeering Empire".

- 28 -

The Plaintiff Prays, this Honorable Court will allow each identified person, bank, employee of Government, witness and all public officials who conspired in concert to punish the Plaintiff under the secret, but, direct order of James Zagel be deposed, subpoenaed and requested to testify under oath as to why the illegal actions were conducted against the Plaintiff and under who's orders.

- 29 -

The Plaintiff Prays,

(17)

this Honorable Court will take the necessary precautions to protect itself, as James Zagal has proven to influence lawyers, Chief's of Police, Warden's and Justices to collaborate or coerce individuals to continue the "criminal empire".

- 30 -

The Plaintiff Contends, the information provided will comply with Title 18 U.S.C. 1961 (3)(4)+(5) as a blue print of a continuing criminal racketeering enterprise.

- 31 -

The Plaintiff contends, the information called for in the "Discovery"

(18)

will comply with Title 18. U.S.C.
1001(a) 1, 2 and 3, to expose the
fraudulent, deceitful trickery used
between the Government, under the
direction of James B. Zagel.

-32-

The Plaintiff can "PROVE",
"Reparation Funds" for decendants
of "African American Slaves", has
been available since 1999, and
bankers have died, Securities
dealers have died, and the killing
will continue until the "empire",
is exposed.

-33-

The Plaintiff Prays, and
contends, the information is true
and presented in "God's Good

(19)

faith and without delay.

-34-

I conclude in PRAYER, that this honorable court understands, the Plaintiff will be killed for exposing this criminal empire, as I have been informed by Government lawyers.

-35-

I Pray, this honorable court will protect itself now and in the future through the Congress and Senate as certain "Justices" are also aware and in colludes with this enterprise. Additional information, interviews, people and witnesses have been hidden to protect their lives until the

(20)

the truth to come forward.


Respectfully Submitted,

Jeffry L. Berry


Jeffrey Berry - 55223-019

Humanitarian Trustee

Federal Transfer Center

P.O. Box 898801

Oklahoma City, O.K. 73189