**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jeffrey Rodney Berry

                              Plaintiff,

v.                                                         Case No.: 1:07−cv−06640
                                                         Honorable David H. Coar

James B. Zagal

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 21, 2007:

      MINUTE entry before Judge David H. Coar :Plaintiff's request (document # 6 − letter from Jeffrey Berry) for the appointment of an attorney is denied at this time.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.