AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
**Eastern Division**

Jeffrey Rodney Berry (#55223-019)`           **JUDGMENT IN A CIVIL CASE**

                    v.                              Case Number: 07 C 6640

James B. Zagel


☐       Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been
        tried and the jury rendered its verdict.

■       Decision by Court.  This action came to trial or hearing before the Court.  The issues
        have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Jeffrey Berry's Complaint 1 is
dismissed with prejudice. The plaintiff shall pay the full $350.00 filing fee.   Civil case
terminated.


                              Michael W. Dobbins, Clerk of Court


Date: 2/6/2008                    _____
                                  /s/ Patricia McQurter-Figgs, Deputy Clerk